No. 89–7550. EGGER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7551. TRENIER v. MYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–7554. RATCLIFF v. ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 89–7555. PAGAN CENTENO v. LOPEZ ET AL. Super. Ct. P. R. Certiorari denied.

No. 89–7558. ROGERS-BEY v. MCGINNIS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 89–7559. TAYLOR v. FIRST BANK OF INDIANTOWN. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 89–7561. SUD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7564. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–7565. DAVIDSON-EL v. UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–7569. BREWINGTON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 89–7571. DOTSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7572. CHASE v. OREGON ET AL. Ct. App. Ore. Certiorari denied.

No. 89–7574. PRYOR v. ALLEN. C. A. 8th Cir. Certiorari denied.

No. 89–7576. MOLINA-IGUADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7578. HARRIS v. BURDORFF. C. A. 6th Cir. Certiorari denied.